**Matthew S. Parmet** (AZ Bar # 037945)
matt@parmet.law
**PARMET PC**
3 Riverway, Ste. 1910
Houston, TX 77056
phone 713 999 5228

**Jason P. Hoelscher** (Arizona Bar # 027580)
jhoelscher@shhlaw.com
**SICO HOELSCHER HARRIS LLP**
802 N. Carancahua, Ste. 900
Corpus Christi, TX 98401
Phone 361 653 3300
Fax   361 653 3333

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Kapzynski, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Colt BBQ & Spirits LLC d/b/a Colt Grill,<br><br>Defendant. | **Case No. 3:21-cv-08040-MTL**<br>FLSA Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>**Table of Exhibits in Support of Plaintiffs' Motion for Summary Judgment** |

TABLE OF EXHIBITS

| No. | Document | ECF No. |
|---|---|---|
| 1 | Damages Summary[1] | - |
| 2 | Colt Grill's Responses to Kapzynski's 1st Interrogatories | - |
| 3 | Colt Grill's Responses to Kapzynski's 1st Requests for Production | - |
| 4 | Colt Grill Employee Handbook | - |
| 5 | Declaration of Matthew S. Parmet, Feb. 1, 2023 | - |
| 6 | Declaration of Jason Kapzynski, Aug. 23, 2021 | - |
| 7 | Declaration of Zach Portell, Aug. 23, 2021 | - |
| 8 | Declaration of Blake Balaam, Aug. 23, 2021 | - |
| 9 | Declaration of Sabree Margot, Aug. 23, 2021 | - |
| 10 | Declaration of Mayra Guillen-Valdez, Aug. 23, 2021 | - |
| 11 | Pay Stub for Jason Kapzynski | - |
| 12 | W-2 for John Hambright | - |
| 13 | DOL, FLSA Poster | - |
| 14 | Declaration of Jason Kapzynski, Feb. 1, 2023 | - |
| 15 | Declaration of Dylan Everett, Feb. 1, 2023 | - |
| 16 | Declaration of Chris Fechtman, Feb. 1, 2023 | - |
| 17 | Declaration of Mayra Guillen-Valdez, Feb. 1, 2023 | - |
| 18 | Declaration of Abraham Hoskins, Feb. 1, 2023 | - |

---

[1] This summary is prepared and used pursuant to Federal Rule of Evidence 1001 to prove the content of voluminous writings that cannot be conveniently examined in court. The records are available for examination or copying, or both, at a reasonable time and place. Plaintiffs can provide the Court with the complete records upon request.

| No. | Document | ECF No. |
|---|---|---|
| 19 | Declaration of John Hambright, Feb. 1, 2023 | - |
| 20 | Declaration of Amber Johnson, Feb. 1, 2023 | - |
| 21 | Declaration of Sabree Margot, Feb. 1, 2023 | - |
| 22 | Declaration of Zach Portell, Feb. 1, 2023 | - |
| 23 | Declaration of Raina Russell, Feb. 1, 2023 | - |
| 24 | Declaration of Devin Slusher, Feb. 1, 2023 | - |
| - | Pl's 1st Am. Complaint (Mar. 1, 2021) | 4 |
| - | Def's Orig. Answer (May 14, 2021) | 15 |
| - | Plaintiff's Notice of Filing Consent (Mar. 19, 2022) | 39 |
| - | Plaintiff's Notice of Filing Consent (Mar. 23, 2022) | 40 |
| - | Plaintiff's Notice of Filing Consent (Mar. 24, 2022) | 41 |
| - | Plaintiff's Notice of Filing Consent (Apr. 3, 2022) | 42 |
| - | Plaintiff's Notice of Filing Consent (Apr. 5, 2022) | 43 |
| - | Plaintiff's Notice of Filing Consent (Apr. 21, 2022) | 44 |
| - | Plaintiff's Notice of Filing Consent (Apr. 27, 2022) | 45 |
| - | Plaintiff's Notice of Filing Consent (May 3, 2022) | 46 |
| - | Plaintiff's Notice of Filing Consent (May 9, 2022) | 47 |
| - | Plaintiff's Notice of Filing Consent (May 12, 2022) | 48 |
| - | Plaintiff's Notice of Filing Consent (May 16, 2022) | 49 |
| - | Plaintiff's Notice of Filing Consent (Jul. 18, 2022) | 50 |
| - | Pl's Notice of Deemed Admissions (Aug. 26, 2022) | 55 |
| - | Pl's Notice of Withdrawal of Consent (Nov. 18, 2022) | 71 |

**PARMET PC**

| No. | Document | ECF No. |
|---|---|---|
| - | Joint Motion to Appear Telephonically at Court's Pre-MSJ Conference | 75 |

This summary judgment evidence is incorporated by reference. Plaintiffs also incorporate by reference, and request the Court take judicial notice of, all papers on file in the Court's docket and within the Court's file in this matter. Within the Table of Exhibits, Plaintiff have noted materials filed on the docket that were referenced in their motion, along with the main document's corresponding ECF number. These documents have not been attached pursuant to LRCiv 7.1(d)(1).

Respectfully submitted,

*/s/ Matthew S. Parmet*
By: _____
     **Matthew S. Parmet**
**PARMET PC**

**Jason P. Hoelscher**
**SICO HOELSCHER HARRIS LLP**

**Attorneys for Plaintiffs**