**PLAINTIFFS' 2-YEAR DAMAGES SUMMARY**

| First Name | Last Name | 2-Year Backwages | Liquidated Damages | Total Owed |
|---|---|---|---|---|
| Blake | Balaam | $ 6,531.60 | $ 6,531.60 | $ 13,063.20 |
| Hailey | Comey | $ 66.88 | $ 66.88 | $ 133.76 |
| Justin | Cummings | $ 341.33 | $ 341.33 | $ 682.65 |
| Luis | Diaz | $ 3,709.39 | $ 3,709.39 | $ 7,418.77 |
| Dylan | Everett | $ 147.98 | $ 147.98 | $ 295.96 |
| Christopher | Fechtman | $ 289.66 | $ 289.66 | $ 579.32 |
| Calen | Green | $ 50.83 | $ 50.83 | $ 101.66 |
| Mayra | Guillen-Valdez | $ 2,475.92 | $ 2,475.92 | $ 4,951.84 |
| John | Hambright | $ 1,392.00 | $ 1,392.00 | $ 2,784.00 |
| Abraham | Hoskins | $ 323.25 | $ 323.25 | $ 646.49 |
| Amber | Johnson | $ 232.95 | $ 232.95 | $ 465.90 |
| Jason | Kapsynski | $ 2,353.85 | $ 2,353.85 | $ 4,707.70 |
| Sabree | Margot | $ 756.09 | $ 756.09 | $ 1,512.18 |
| Zach | Portell | $ 7,125.61 | $ 7,125.61 | $ 14,251.23 |
| Raina | Russell | $ 4,282.71 | $ 4,282.71 | $ 8,565.41 |
| Devin | Slusher | $ 1,485.92 | $ 1,485.92 | $ 2,971.85 |
|  | **TOTAL** | **$ 31,565.96** | **$ 31,565.96** | **$ 63,131.92** |

Ex. 1