**Matthew S. Parmet** (AZ Bar # 037945)
matt@parmet.law
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5228

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Kapzynski, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Colt BBQ & Spirits LLC d/b/a Colt Grill, <br><br> Defendant. | Case No. 3:21-cv-08040-MTL <br> FLSA Collective Action <br> FED. R. CIV. P. 23 Class Action <br><br> **Plaintiffs' Unopposed Motion for Leave to File Document Under Seal** |

In support of Plaintiffs' Motion for Settlement Conference, Plaintiffs have submitted the declaration of their counsel, Matthew S. Parmet, which contains private medical information.

Plaintiffs' counsel has shared this information selectively with Defendants' counsel due to its impact on the scheduling of this case. However, the matters remain private medical information, for which there is no public right of access or need to disclose.

Respectfully submitted,

*/s/ Matthew S. Parmet*
By: _____
**Matthew S. Parmet**
**PARMET PC**

**Attorneys for Plaintiffs**

### CERTIFICATE OF CONFERENCE

Prior to filing this motion, I conferred with counsel for Defendant, who confirmed that Defendant is unopposed the relief requested.

*/s/ Matthew S. Parmet*
_____
**Matthew S. Parmet**

### CERTIFICATE OF SERVICE

On May 25, 2023, I served a copy of this document the proposed sealed document on the following parties via email:

| | |
|---|---|
| Leah Lively | llively@buchalter.com |
| Alexandra Shulman | ashulman@buchalter.com |
| Steven F. Best | sbest@buchalter.com |

*/s/ Matthew S. Parmet*
_____
**Matthew S. Parmet**

PARMET PC

Pls' Unopp. Mtn for Leave to File Doc. Under Seal   2