1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8
9   Jason Kapzynski,                         No. CV-21-08040-PCT-MTL
10                   Plaintiff,              **ORDER**
11  v.
12  Colt Barbeque & Spirits LLC,
13                   Defendant.
14

15          **IT IS ORDERED** that the parties' Stipulation of Dismissal with Prejudice (Doc.
16  113) is granted.
17          **IT IS FURTHER ORDERED** that all pending motions are denied as moot and all
18  hearings are vacated.
19          **IT IS FINALLY ORDERED** that the Clerk of Court shall dismiss this action **with**
20  **prejudice**, with each party bearing their own attorneys' fees and costs.
21          Dated this 13th day of September, 2023.
22
23
24                                          Michael T. Liburdi
25                                          United States District Judge
26
27
28